UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUDY FLORES,<br><br>             Plaintiff,<br><br>     v.<br><br>NOAH DUCKETT, et al.,<br><br>             Defendants. | Civil Action No. 1:22-cv-0022 (FYP) |

## NOTICE OF REVISED PROPOSED SCHEDULING ORDER

Counsel for Plaintiff Rudy Flores submits the attached revised Proposed Scheduling Order for the Court's consideration at the Initial Scheduling Conference on April 7, 2022 at 2:00 p.m.  Counsel has conferred with counsel for Defendants Noah Duckett and Byron Alarcon.  The revised Proposed Scheduling Order is submitted on behalf of all parties.

Dated:  April 7, 2022                           Respectfully submitted,

/s/ *Diane Shrewsbury*
Diane Shrewsbury (DC Bar No. 1021918)
Preston Pugh* (DC Bar No. 229512)
Sarah E. Bartle (DC Bar No. 1029723)
CROWELL & MORING LLP
1001 Pennsylvania Ave NW
Washington, DC 20001
(202) 624-2500
dshrewsbury@crowell.com
ppugh@crowell.com
sbartle@crowell.com

Jacqueline Kutnik-Bauder*
Dennis A. Corkery (DC Bar No. 1016991)
Carlos A. Andino*
WASHINGTON LAWYERS'
COMMITTEE FOR CIVIL RIGHTS AND
URBAN AFFAIRS
700 14th St., NW
Ste. 400
Washington, DC 20005

(202) 319-1000  
jacqueline_kutnik-bauder@washlaw.org  
dennis_corkery@washlaw.org  
carlos_andino@washlaw.org  

*Admitted pro hac vice*