UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUDY FLORES,<br><br>        Plaintiff,<br><br>v.<br><br>NOAH DUCKETT, et al.,<br><br>        Defendants. | Civil Action No. 1:22-cv-0022 |

## JOINT STATUS REPORT

Plaintiff and Defendants in the above-titled action (collectively, the "Parties") submit this Joint Status Report pursuant to the Court's order granting Plaintiff's Consent Motion to Stay Litigation dated January 17, 2023.

1. On December 15, 2022, Plaintiff's counsel learned that a Missing Person's Report had been filed for Plaintiff, Rudy Flores.

2. On January 17, 2023, this Court granted Plaintiff's Consent Motion to Stay litigation until April 17, 2023.

3. As of the time of the filing of this Joint Status Report, Plaintiff remains a Missing Person and Plaintiff's counsel has not been able to reach Mr. Flores despite its best efforts.

Dated:  April 17, 2022                                        Respectfully submitted,

| | |
|---|---|
| BRIAN L. SCHWALB<br>Attorney General for the District of Columbia<br><br>STEPHANIE E. LITOS<br>Deputy Attorney General<br>Civil Litigation Division<br><br>*/s/ Michael K. Addo*<br>MICHAEL K. ADDO [1008971]<br>Chief, Civil Litigation Division | */s/ Preston Pugh*<br>Preston Pugh* (DC Bar No. 229512)<br>Sarah E. Bartle (DC Bar No. 1029723)<br>CROWELL & MORING LLP<br>1001 Pennsylvania Ave NW<br>Washington, DC 20001<br>(202) 624-2500<br>ppugh@crowell.com<br>sbartle@crowell.com |

| | |
|---|---|
| */s/ David A. Jackson*<br>DAVID A. JACKSON [471535]<br>Senior Assistant Attorney General<br>Office of the Attorney General<br>400 Sixth Street, N.W.<br>Washington, D.C. 20001<br><br>*Attorneys for Defendants* | Jacqueline Kutnik-Bauder (DC Bar No. 7595565)<br>Dennis A. Corkery (DC Bar No. 1016991)<br>Carlos A. Andino (DC Bar No. 7594410)<br>WASHINGTON LAWYERS'<br>COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS<br>700 14th St., NW Ste. 400<br>Washington, DC 20005<br>(202) 319-1000<br>jacqueline_kutnik-bauder@washlaw.org<br>dennis_corkery@washlaw.org<br>carlos_andino@washlaw.org<br><br>*Admitted pro hac vice<br><br>*Attorneys for Plaintiff* |